# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**GENERAL PRODUCE, INC.,**

      **Plaintiff,**

**-vs-**                                                          **Case No.  6:11-cv-8-Orl-GJK**

**RAINDROP PRODUCE, INC., ALI HAMDAN, HASSAN HAMDAN AND H & H WHOLESALE PRODUCE, INC.,**

      **Defendants.**

_____

## ORDER OF DISMISSAL

Pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, the parties jointly move the Court the case with prejudice, including all claims for attorneys' fees and costs, and sanctions. Doc. No. 48. Accordingly, pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, the case is hereby **DISMISSED with prejudice**. All pending motions are **DENIED as moot**. The case is removed from the Court's trial calendar and the Clerk is directed to close the case.

**DONE** and **ORDERED** in Orlando, Florida on February 27, 2012.

Copies furnished to:

Counsel of Record
Unrepresented Parties

*[signature]*
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE